

900 THIRD AVENUE, 23RD FLOOR
NEW YORK, NEW YORK 10022
t 212.753.5000
f 212.753.5044
www.schiffhardin.com

Thomas P. Battistoni
212-745-0877
tbattistoni@schiffhardin.com

April 1, 2011

**VIA FACSIMILE**
**TO 1-631-712-5636**

Honorable Sandra J. Feuerstein
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

      Re:    <u>Capital One, National Association v. Alrose Peppertree LLC, et al., CV 11-1526 (SJF)</u>

Dear Judge Feuerstein:

      This afternoon I spoke with your clerk and was advised that an Order to Show Cause had been signed and the hearing is scheduled for Monday, April 4th, at 11:00 a.m. On Monday, I will be in court in Boston handling a class action settlement which can not be adjourned. However, I am available on Tuesday, April 5th, and am respectfully requesting this one day adjournment. Please advise if this request can be granted. I also ask that we be allowed to serve the other parties on Monday with all the papers for the Tuesday hearing if the adjournment is granted.

      Respectfully submitted,

*Thomas P. Battistoni*

Thomas P. Battistoni

TPB:laf

NY\50964406.1