United States District Court
Eastern District of New York

Capital One, National Association,

                                  Plaintiff(s)

-against-

Alrose Peppertree L.L.C., et al.,

                                  Defendant(s)

AFFIDAVIT OF SERVICE
Civil Action No. CV11-1526
Date Filed 03/29/2011

State of New York )
                     ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on May 26, 2011 at approximately 2:00 PM deponent served the following specific papers pursuant to Section 303 of the Limited Liability Company Law, Summons in a Civil Action and Complaint for Foreclosure of Mortgages and Enforcement of Guaranty with Exhibits and Notice of Pendency of Foreclosure Action and Civil Cover Sheet, that the party served was Alrose Peppertree LLC, a domestic limited liability company, one of the defendants in this action, by personally serving two copies of the aforesaid papers at the office of the NYS Secretary of State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving the papers with Donna Christie, a white female with blonde hair, being approximately 36-45 years of age; height of 5'4" - 5'8", weight of 130-160 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                                                                   _____
                                                                                   Mary M. Bonville

Sworn to before me this 26th day of May, 2011

_____
Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2014