
# SCHIFF HARDIN LLP

666 Fifth Avenue, 17th Floor
New York, New York 10103
t 212.753.5000
f 212.753.5044
www.schiffhardin.com

Thomas P. Battistoni
212-745-0877
tbattistoni@schiffhardin.com

June 30, 2011

U S DISTRICT ... Y

★ JUN 30 2011 ★

LONG ISLAND OFFICE

**VIA FACSIMILE**
**TO 1-631-712-5636**

Honorable Sandra J. Feuerstein
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

Re: <u>Capital One, National Association v. Alrose Peppertree LLC, et al., CV 11-1526 (SJF)</u>

Dear Judge Feuerstein:

This firm represents Capital One in this action and Capital One just sold a loan portfolio – including the mortgage at issue in this case – to Namdar Realty Group LLC in Great Neck, NY.

We respectfully request thirty days for the filing of a stipulation substituting Namdar Realty Group LLC, the assignee of Capital One, as the plaintiff and real party in interest, amending the caption, and substituting new counsel in the place of the undersigned and Schiff Hardin LLP.

Respectfully submitted,

Thomas P. Battistoni

TPB:laf
cc: Stephen I. Wohlberg, Esq. (Incoming counsel)
 Jerome C. Murphy, Esq. (Receiver)
 Gary Wirth, Esq. (Bocu Salon's counsel)
 Anthony T. Simari, Esq. (Alrose Peppertree LLC's counsel)

NY\51006838.1