UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
CAPITAL ONE, NATIONAL ASSOCIATION,

        Plaintiff,

-against -

ALROSE PEPPERTREE LLC, ALLEN
ROSENBERG, NEW YORK STATE
DEPARTMENT OF TAXATION AND FINANCE,
and "JOHN AND/OR JANE DOE" #1-25,

        Defendants.
-----------------------------------------------------------------

**ORDER TO SHOW CAUSE**
11-CV-1526 (SJF)

FEUERSTEIN, J.

    Plaintiff Capital One, National Association has filed a motion to substitute Namdar Realty Group LLC as plaintiff in the action pursuant to Federal Rule of Civil Procedure 25(c). Parties are ordered to show cause why the motion should not be granted by filing opposition, if any, in writing no later than Monday, August 25, 2011 at five o'clock in the afternoon (5:00 p.m.).

    Plaintiff is directed to serve a copy of this order, the motion and proposed order on defendants, the appointed receiver and the proposed plaintiff Namdar Realty Group, LLC no later than August 17, 2011 at five o'clock in the afternoon (5:00 p.m.), and to file proof of service with the Court.

/S/

/Sandra J. Feuerstein
United States District Judge

DATED:    Central Islip, New York
              August 12, 2011

1