D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
NAMDAR REALTY GROUP LLC,

        -against- Plaintiff,

ALROSE PEPPERTREE L.L.C., ALLEN ROSENBERG,
NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE,
and "JOHN AND/OR JANE DOE #1" to
"JOHN AND/OR JANE DOE # 25"
inclusive, the last 25 named persons being unknown to plaintiff,
the persons and parties intended being the tenants, occupants,
persons, entities, or corporations, if any, having or claiming upon
the leasehold premises at 6401 Jericho Turnpike, Commack,
New York, a parcel of land with buildings and improvements
thereon described in the complaint,

        Defendants.
----------------------------------------------------------------X

Case No. 11-CV-1526 (SJF)

STIPULATION
DISCONTINUING
ACTION
WITHOUT PREJUDICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ SEP 19 2011 ★
LONG ISLAND OFFICE

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, WITHOUT PREJUDICE, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court, may be signed in counterparts, and facsimile/email signature shall be deemed originals herein.

Dated: September 12, 2011

_____
By: Stephen I. Wohlberg, Esq.
Novick, Edelstein, Lubell, Reisman,
Wasserman & Leventhal, P.C.
Attorney for Plaintiff
733 Yonkers Avenue
Yonkers, New York 10704
914-375-0100

_____
By: Anthony T. Simari, Esq.
Smith, Buss & Jacobs LLP
Attorneys for Defendants Alrose Peppertree LLC and Allen Rosenberg
733 Yonkers Avenue, Suite 200
Yonkers, NY 10704
914-476-0600

_____
By: Gary Y. Wirth, Esq.
Kaufman Dolowich Voluck & Gonzo LLP

Attorneys for Defendant Bocu Salon LTD
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797
516-681-1100

SO ORDERED:
/S/ _____ 9/19/2011
THE HONORABLE SANDRA J. FEURSTEIN
UNITED STATES DISTRICT JUDGE